COURT OF APPEALS
 SECOND DISTRICT OF TEXAS
 FORT WORTH
  
 
 


 

 

NO. 02-12-00203-CR

 

 


 
 
 Lewayne Larry Mullenix
 
 
  
 
 
 APPELLANT
 
 
 
 
  
 V.
  
 
 
 
 
 The State of Texas
 
 
  
 
 
 STATE
 
 


 

 

----------

FROM THE 213th
District Court OF Tarrant COUNTY

----------

MEMORANDUM
OPINION[1]

----------

          Appellant
Lewayne Larry Mullenix filed a pro se notice of appeal from his conviction
for robbery causing bodily injury.  The trial court’s certification states that
this “is a plea-bargain case, and the defendant has NO right of appeal” and
that “the defendant has waived the right of appeal.”  On May 9, 2012, we
notified Mullenix that this appeal could be dismissed unless he or any party
desiring to continue the appeal filed a response on or before May 21,
2012, showing grounds for continuing the appeal.  We have not received a
response.  Therefore, in accordance with the trial court’s certification, we
dismiss this appeal.  See Tex. R. App. P. 25.2(d), 43.2(f).

 

 

PER CURIAM

 

PANEL: 
MEIER,
J.; LIVINGSTON, C.J.; and GABRIEL, J.

 

DO
NOT PUBLISH

Tex.
R. App. P. 47.2(b)

 

DELIVERED:  June 28, 2012









[1]See Tex. R. App. P. 47.4.